UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-14028-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

EDGAR SEARCY,

　　　　Defendant.
_____/



FILED by _____ D.C.

APR 29 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## REPORT AND RECOMMENDATION ON
## MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS [D.E. #175]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion and otherwise being advised in the premises, makes the following recommendations to the District Court:

　　1.　　The Defendant's pro se motion seeks permission to proceed on appeal in forma pauperis. This Court has previously issued two Reports and Recommendation to the District Court which have been adopted and ratified by the District Court.

　　2.　　The memorandum that the Defendant submits in support of his motion to proceed in forma pauperis [D.E. #178] does not provide this Court with any additional facts or authority to proceed in this matter based upon this Court's previous Reports and Recommendation.

　　3.　　Previously, this Court has issued two Reports and Recommendation on January 4, 2010 and February 1, 2010, respectively. Both of those Reports and Recommendation specifically delineated for the Defendant that the pleadings he is attempting to file and the issues which he is attempting to appeal are in the nature of a

second successive habeas petition. Likewise, this Court set forth in each Report and Recommendation that the Defendant has not applied for nor obtained a Certificate of Appealability from the Eleventh Circuit Court of Appeals which would give this Court jurisdiction to rule on any pending matters.

4.     The Defendant still has not addressed the Certificate of Appealability. This Court finds no such document having been issued by the Eleventh Circuit Court of Appeals. This Court's previous finding that this Court is without jurisdiction to consider any further issues in this matter until such time as the Eleventh Circuit Court of Appeals issues a Certificate of Appealability has not changed. The legal authority has been reiterated by this Court in the previous Reports and Recommendations.  See also Marek v. McNeil, 2009 WL 2488296 (S.D. Fla. 2009).

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant's Motion To Proceed On Appeal In Forma Pauperis [D.E. #175] be **DENIED**.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _____ day of April, 2010, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Corey Steinberg

Edgar Searcy
Reg. No. 04726-031
FCC - Medium
P.O. Box 1032
Coleman, FL 33521