UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-14028-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDGAR SEARCY,

    Defendant.
_____/



REPORT AND RECOMMENDATION ON DEFENDANT'S
MOTION FOR EMERGENCY STAY OF SENTENCE PENDING
11TH CIRCUIT AND SUPREME COURT OPINION [D.E. #219]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion as well as the government's response, this Court recommends to the District Court as follows:

1. The pro se motion filed by the Defendant does not state any legal authority for the relief requested. The Defendant attempts to assert that his sentence is "illegal" and that it should be stayed as a matter of right under the "ends of justice."

2. As the government's response sets forth, the Defendant has filed numerous post-judgment motions which have been reviewed the Court. Specifically, in this case, the Defendant's Request for Assignment of Counsel has been denied. His request for Writ of Habeas Corpus has been denied. His request for Writ of Error Corum Nobis or Audita Quarela has been denied. In essence, all post-judgment attacks that the Defendant has made upon the judgment and sentence of the District Court have been reviewed and denied.

3. The present request does not set forth any pertinent case law or statutory authority aside from the Defendant's assertion that Article III of the United States

Constitution does not authorize the District Court to have entered a sentence "in this case to a term of 15 years."

4. The Defendant's ability to challenge his sentence has been reviewed by the Court previously. His right to file such post-judgment motions is not unlimited. His right to have those matters reviewed by the District Court has been met by the District Court and his previous requests have been denied. This Court recommends that based upon the pleadings filed herein, that this request likewise be denied as being without any legal or factual basis. The Defendant pled guilty in this case and was sentenced to the statutory maximum term of 180 months on or about December 4, 2003. His judgment and conviction was affirmed by the Eleventh Circuit Court of Appeals in review of the Defendant's appeal which was filed in this matter. As mentioned previously, subsequent motions to vacate and/or collaterally attack the judgment and sentence of this Court have been denied.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant's motion be **DENIED**.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _18th_ day of January, 2012, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Corey Steinberg

Edgar Searcy, pro se
Reg. No. 04726-031
FCI Oakdale
P.O. Box 5000
Oakdale, LA 71463