UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-14028-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDGAR SEARCY,

    Defendant.
_____/

FILED by _____ D.C.
FEB 28 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### REPORT AND RECOMMENDATION ON DEFENDANT'S EMERGENCY MOTION FOR AN ORDER FOR DISCLOSURE AND DISCOVERY UNDER BRADY V. MARYLAND/FOIA [D.E. #224]

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion as well as the government's response, as well as the Mandate issued by the Eleventh Circuit Court of Appeals on February 27, 2012, this Court recommends to the District Court as follows:

    1.    It is difficult to ascertain exactly what the Defendant in this case is seeking in his emergency motion. He appears to be requesting <u>Brady</u> material and information under the Freedom of Information Act. However, his pleadings do not establish either a factual or legal basis to support his requests. The motion once again attacks the statute under which the Defendant was convicted. This issue has been resolved previously by this Court.

    2.    This Court has also reviewed the Mandate issued by the Eleventh Circuit Court of Appeals on February 27, 2012 in reference to its Order affirming the decision of December 14, 2011 regarding the Defendant's appeal of this Court's denial of his post-conviction pleadings as referenced in the Eleventh Circuit Court of Appeals opinion. The Defendant has had an opportunity to attack his conviction in collateral proceedings in a

motion to vacate as well as other post-conviction pleadings which have all resulted in an affirmance of his conviction and denial of all requests for relief.

3. The Defendant's present motion also alleges "probable perjury made by the government." However, once again the Defendant establishes no evidence whatsoever to support that bare allegation.

4. Based upon the fact that the Defendant's present motion seeks the same information upon which he has attempted to collaterally attack his conviction in the past and the denial of which has been affirmed by the Eleventh Circuit Court of Appeals, this Court will recommend that this motion be denied as well. Further, the District Court may consider requiring the Defendant to seek permission from the District Court to file any further motions in the future attempting to collaterally attack his judgment and conviction based upon the Mandate issued by the Eleventh Circuit Court of Appeals in his most recent appeal wherein the Eleventh Circuit Court of Appeals specifically addressed all of the relief that the Defendant has previously requested and which has been denied.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant's Emergency Motion For An Order For Disclosure And Discovery [D.E. #224] be **DENIED**.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _28th_ day of February, 2012, at Fort Pierce, Northern Division of the Southern District of Florida.

_____
FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Corey Steinberg

Edgar Searcy, pro se
Reg. No. 04726-031
FCI Oakdale
P.O. Box 5000
Oakdale, LA 71463